ing, with an approved surety company as surety, to pay the costs of the appeal in the event of an affirmance of the judgment. If these conditions are not complied with, the motion is denied, with $10 costs.

VOLLHART, Appellant, v. SEARLES, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Rosina Vollhart against James H. Searles. C. E. Thornall, for appellant. F. H. Kellogg, for respondent. No opinion. Judgment affirmed, with costs.

WALSH, Respondent, v. FISHERIES CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Jeremiah Walsh against the Fisheries Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.

WANAMAKER et al. v. MEGRAW. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by John Wanamaker and others against Robert H. Megraw. No opinion. Motion for leave to appeal granted.

WANAMAKER, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by John Wanamaker against Thomas J. Powers, Jr. No opinion. Motion denied.

WANAMAKER, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by John Wanamaker against Thomas J. Powers, Jr. No opinion. Motion denied.

WARNER, Respondent, v. VERMEULE, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by William C. Warner against John D. Vermeule. W. H. Russell, for appellant. H. E. Deming, for respondent. No opinion. Judgment affirmed, with costs, with leave to the defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

WARREN v. STRATTON et al. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Charles J. Warren against Harry L. Stratton and others. No opinion. Motion denied.

WARREN, Appellant, v. STRATTON et al., Respondents. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Charles J. Warren against Henry L. Stratton and others. I. N. Miller, for appellant. A. M. Silber, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WASHBURN et al., Respondents, v. STORCH, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Cyrus V. Washburn and George W. Sickels against Joseph Storch. No opinion. Judgment and order unanimously affirmed, with costs.

WASHINGTON v. THOMAS et al. VIRDEN v. SAME. KNIGHT & WALL CO. v. SAME. (Supreme Court, Appellate Division. First Department. May 12, 1905.) Actions by C. S. Washington, by one Virden, and by the Knight & Wall Company against Orlando F. Thomas and another. No opinion. Motions denied, with $10 costs in one case.

WASSERMAN, Appellant, v. BACON, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Benoit Wasserman against Charles P. Bacon. No opinion. Judgment and order affirmed, with costs.

WATERMAN, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Albert Waterman against the Lehigh Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

WEBB, Appellant, v. RAPP, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Jennie Webb against Peter Rapp. No opinion. Appeal dismissed, without costs, on stipulation.

WEILER, Appellant, v. NEW YORK MERCANTILE EXCH., Respondent. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Katherine Weiler, as administratrix, against the New York Mercantile Exchange. T. J. O'Neill, for appellant. J. Notman, for respondent. No opinion. Judgment affirmed, with costs.

WEIR et al. v. BARKER. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by John R. Weir and Frederick Weir, composing the firm of James Weir's Sons, against Frances E. Barker, trustee under the will of Charles Barker, deceased.

PER CURIAM. The order must be settled in accordance with the decision; but the defendant may have an order of this court providing that her right to appeal to the Court of Appeals shall not be affected by the payment of rent pending such appeal. The time to apply for the appointment of a referee will be continued accordingly. Order to be settled before MILLER, J.

WELLING, Appellant, v. MAN, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by Urania C. Welling against Alrick H. Man. P. E. Jones, for appellant. L. L. Delafield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WEMPLE, Respondent, v. FEDERAL STOCK & GRAIN CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by